IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTIANA LIGHT,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| v. | : | |
| | : | |
| **DELOITTE TAX, LLP, and** | : | **NO. 23-cv-00104** |
| **AYDIN HAYRI** | : | |
| *Defendants* | : | |

### SCHEDULING ORDER

**NOW,** this 16th[th] day of February, 2023, following a preliminary pretrial conference, it is **ORDERED** as follows:

1. If the parties agree to participate in a settlement conference before Magistrate Judge Pamela Carlos, the parties shall contact Magistrate Judge Carlos's chambers to schedule a settlement conference on a date convenient for her schedule no later than **May 16, 2023.**

2. All factual and expert discovery shall be completed on or before **June 16, 2023.**

3. Plaintiff's expert report, if any, is due by **June 30, 2023.**

4. Defendant's expert report, if any, is due by **July 10, 2023.**

5. Dispositive motions shall be filed on or before **July 24, 2023.**

6. Responses to dispositive motions shall be filed no later than **August 7, 2023.**

7. Motions *in limine* are due **August 23, 2023.**

8. Responses to motions *in limine* are due **September 1, 2023.**

9. Plaintiff's pretrial memorandum is due **September 1, 2023.**

10. Defendant's pretrial memorandum is due **September 1, 2023.**

11. Final pre-trial conference shall be held on **September 6, 2023.**

12. Joint exhibit binder is to be submitted to chambers no later than 3:00 p.m. the day before trial.

13. This matter is in the **Monday, September 18, 2023 – Friday, September 29, 2023** jury pool.

BY THE COURT:

_____
Hon. Mia R. Perez