IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTIANA LIGHT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DELOITTE TAX, LLP, et al. | : | NO. 23-104 |

O R D E R

AND NOW, this 14th day of September, 2023, it having been reported that the issues between the parties in this matter have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby ORDERED that this matter is DISMISSED with prejudice. It is further ORDERED that all pending motions are DENIED as moot. The Clerk of Court is directed to statistically close this matter.

**GEORGE WYLESOL,** Clerk of Court

By: /s/ Mia Harvey
Mia Harvey
Courtroom Deputy to Judge Mia R. Perez